**Appeal Dismissed and Memorandum Opinion filed March 2, 2023.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-23-00029-CR**

---

**BIANKA OLIVER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1638255**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment adjudicating guilt on a charge of attempted possession of a controlled substance pursuant to Texas Health & Safety Code § 481.115(c) and a plea of appellant that it was true that he violated terms and conditions of his probation. The judgment reflects that appellant and the State agreed that appellant's punishment would not exceed confinement in prison for more than one year.  In accordance with the terms of this plea bargain agreement with the State, the trial court sentenced appellant to confinement for one year in county jail.  In

addition, the certification of appellant's right to appeal reflects this case is indeed a plea-bargain case and appellant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2).

Because appellant's plea was made pursuant to a plea bargain, he may appeal only matters raised by a written pre-trial motion or with the trial court's permission. *See* Tex. R. App. P. 25.2(a)(2). Appellant has not challenged any pre-trial rulings in this proceeding. Accordingly, we dismiss the appeal.


PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Wilson.

Do Not Publish — Tex. R. App. P. 47.2(b).